People of State of Illinois, Defendant in Error, v. Robert D. Elder, Plaintiff in Error.

Gen. Nos. 45,658, 45,659.

Normand Cohen, for plaintiff in error; Julian C. Ryer, of counsel; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher, Rudolph L. Janega,

Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 25, 1952; rehearing denied March 10, 1952; released for publication March 10, 1952.